UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOURDES GARCIA-GARCIA, | ) | 1:07-CV-01057 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO |
| | ) | SUBMIT ANSWER ADDRESSING MERITS |
| v. | ) | OF PETITION |
| | ) | |
| | ) | ORDER REQUIRING RESPONDENT TO |
| MICHAEL CHERTOFF, et al., | ) | SUBMIT NOTICE OF APPEARANCE |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO SERVE DOCUMENTS |

Petitioner is a detainee of the Bureau of Immigration and Customs Enforcement ("ICE") proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented in this action by Teresa Salazar, Esq.

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases,[1] the Court HEREBY ORDERS:

1.  Respondent SHALL FILE an ANSWER addressing the merits of the Petition within

---

[1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than those brought under § 2254 at the Court's discretion. See, Rule 1 of the Rules Governing Section 2254 Cases. Civil Rule 81(a)(2) provides that the rules are "applicable to proceedings for . . . habeas corpus . . . to the extent that the practice in such proceedings is not set forth in statutes of the United States and has heretofore conformed to the practice of civil actions." Fed. R. Civ. P 81(a)(2).

|   |   |   |
|---|---|---|
| 1 |   | **SIXTY (60)** days of the date of service of this order. Respondent shall include with |
| 2 |   | the response any and all transcripts or other documents relevant to the resolution of |
| 3 |   | the issues presented in the petition, including copies of appeals taken by a prisoner |
| 4 |   | within the prison and before the Bureau of Prisons.[2] Rule 5 of the Rules Governing |
| 5 |   | Section 2254 Cases. The Court recognizes that Counsel on behalf of the Government |
| 6 |   | and/or the Institution[3] may wish to respond on separate issues raised in the Petition. |
| 7 |   | However, the Court will accept only one (1) "Answer." Such Answer SHALL |
| 8 |   | CONTAIN all argument with respect to all of the issues raised in the Petition, |
| 9 |   | whether formulated by Counsel for the Government or the Institution. |
| 10 | 2. | Respondent SHALL FILE a Notice of Appearance within **TWENTY (20)** days of the |
| 11 |   | date of service of this Order. The Notice SHALL indicate the name of the |
| 12 |   | individual(s) who will be representing the Government and/or the Institution. The |
| 13 |   | Notice is necessary to ensure that the appropriate counsel for Respondent is being |
| 14 |   | served by the Court. The submission of the Notice of Appearance will terminate |
| 15 |   | Court service on those listed in paragraph 4. |
| 16 | 3. | Petitioner's TRAVERSE, if any, is due on or before **THIRTY (30)** days from the |
| 17 |   | date Respondent's Answer is filed. |
| 18 | 4. | The Clerk of the Court SHALL serve a copy of this Order along with a copy of the |
| 19 |   | Petition and all exhibits on the Office of the United States Attorney for the Eastern |
| 20 |   | District of California, an agent for the appropriate Correctional Institution if |
| 21 |   | applicable, and the United States Bureau of Prisons. |
| 22 |   | All motions shall be submitted on the record and briefs filed without oral argument unless |

---

[2] In the event Respondent is unable to obtain a photocopy of prisoner appeals and intends to file a computerized printout of the disposition, Respondent must also provide the Court with translation of the internal codes used in the printout. To the extent the claims concern prison policy and procedure not accessible to the Court by electronic means (Westlaw/Lexis), Respondent must provide the Court with a photocopy of all prison policies and/or procedures at issue in the case. This includes any *internal* prison policies of which a prisoner complains and is subject to.

[3] Counsel for the "Institution" means private Counsel representing contracted facilities such as Taft Correctional Institution, (Wackenhut Corrections Corporation), or California City Correctional Center (Corrections Corporation of America).

1  otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are
2  applicable to this order.
3  IT IS SO ORDERED.
4  **Dated:   August 16, 2007**               **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE